

# Moorish Americans
## Aboriginal Natural Peoples of the Land – North America / Northwest Amexem

## Affidavit of Fact
### Notice of Default Judgment

September 21, 2021          **2nd And FINAL NOTICE**

United States Republic Postmaster Article No: 7020 1290 0000 0547 4579

RE: "Writ in the Nature of Discovery" dated September 01, 2021

You were advised that certain documentation was requested to make a physical inspection and enable the Borrower to verify and witness the same in order to prepare a defense. You were advised to provide the requested information in order that I may study all evidence regarding this matter within three (03) days of the receipt of this Notice of Discovery.

Per the United States Republic Postmaster the request was received by Bayview Loan Servicing LLC. Et. Al., Corporate Headquarters on September 09, 2021. Deadline for receipt of documentation was September 12, 2021.

As this request has not been Honored – this notice of default judgment is being submitted and all claims, petitions, suits, court and tax records, fillings with any third party corporations regarding my credit history be dismissed and expunged, and all stolen private allodial properties be returned immediately to its rightful heir.

All officers of the Court are required to take an oath of office to uphold the Constitution of the United States.

"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2."

Denial of Discovery is in direct violation of my Constitutionally Secured Rights to **"Due Process of Law"** which is a direct violation of your oath of office.

The 5th Amendments require that all persons within the United States must be given due process of the law and equal protection of the law.

"Due process of law implies the right of the person affected thereby to be present before the tribunal which pronounces judgment upon the question of life liberty, or property, in its most comprehensive sense; to be heard, by testimony or otherwise, and to have the right of controverting, by proof, every material fact which bears on the question of right in the matter involved."

"If any question of fact or liability be conclusively presumed against him, <u>this is not due process of law</u>, Zeigler v. Railroad Co., 58 Ala. 599."

"In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997). Without subject-matter jurisdiction, all of the orders and judgments issued by a judge are **void** under law, and are of no legal force or effect. In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) ("Every act of the court beyond that power is void").

Centralized Small Claims *is not an Article III court; and has no delegated jurisdiction / authority under the Supreme Law of the Land, and unconfirmed by the Congress of the United States.*

*"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."*

*"When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially. Thompson v. Smith, 154 SE 583."*

*"... Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational. ASIS v. US, 568 F2d 284."*

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities. Burns v. Sup., Ct., SF, 140 Cal. 1."*

*"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."* **Norton v. Shelby County, 118 U.S. 425**

A <u>writ</u> may be void because it is defective in language, <u>because the court had no jurisdiction to issue the writ;</u> **Big Torts 122 nixon v. Reeves,** *65 Minn. 159, 67 n.W. 989, 33 L.R.A. 506. see Bouviers Law Encyclopedia Rawles 3rd revision Pg. 1182.*

The Clerk of the court who issues a **defective writ**, or one not authorized by the Court, is liable; <u>**and so is a judge who orders a writ which he had no right to issue or where he had no jurisdiction**</u> *Big torts 128 see Bouviers Law Encyclopedia Rawles 3rd revision Pg. 1182.*

**WHEREAS,**
*"The court is to protect against any encroachment of Constitutionally secured liberties."* **Boyd v. U.S., 116 U.S. 616.**

*"Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them."* **Miranda v. Arizona, 384 U.S. 436**

**WHEREAS,**
A **Self-Executing Constitutional Provision** is defined as immediately effective without the necessity of ancillary legislation. **Cleary v. Kincaid, 23 Idaho, 789, 131 P. 1117, 1118; Stange v. City of Cleveland, 94 Ohio St. 377, 114 N.E. 261, 262.** full Faith and Credit via Article 4 section 1.

**THEREFORE**, with respect to the Facts and Laws herein, and Self Executing Provisions mentioned and directed to the Court herein, it is obligatory upon the Officers of the Douglas County Court, Douglasville or Douglas County or Douglas County Municipal Court, Et. Al., to terminate this matter and return any finances that were submitted and made of any and all cases, Et Al., under threat, duress and coercion as was stated by me as a matter of record.. **and**

*All officers and parties involved be sanctioned for their violations against the law and the rights of the people, of which they have an oath bound and fiduciary duty to uphold, protect and preserve.*

I, Mahala Zoelle Bey, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests this Court fulfill their obligation to preserve the rights of this Affiant (A Moorish Americans) and carry out their Judicial Duty in 'Good Faith'.

All UNCONSTITUTIONAL Citations – Summons / Ticket – Suit / (misrepresented) Bill of Exchange: Docket Number 0001059402, Et Al., and any other case numbers Et Al, and any other 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on it's face and merits.

Thank You,

Mahenli2m Bey

Ex-Relational KEISHA JONES
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103

Exhibit A: Copy of Writ In The Nature of Discovery
Exhibit B: Copy of United States Republic Postmaster Return Receipt to Bayview Loan Servicing

cc:  State of Georgia Attorney General
     Chris Carr
     40 Capitol Square SW
     Atlanta, GA 30334        Cert 7020 1290 0000 0547 4562

     State of Secretary of State
     Secretary Of State Brad Raffensperger
     214 State Capitol Ave S.W.
     Atlanta, Georgia 30334   Cert 7020 1290 0000 0547 4708

     Bayview Loan Servicing, LLC, Et,Al.
     4425 Ponce De Leon Blvd
     Coral Gables, Florida 33146

Exhibit J

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)              $ _____
☐ Return Receipt (electronic)            $ _____
☐ Certified Mail Restricted Delivery     $ _____
☐ Adult Signature Required               $ _____
☐ Adult Signature Restricted Delivery    $ _____

Postmark Here

Postage $

Total Postage and Fees $

Sent To: Bayview Loan Servicing LLC
Street and Apt. No., or PO Box No.: 4425 Ponce De Leon Blvd
City, State, ZIP+4®: Coral Gables, FL 33146

7020 1290 0000 0547 4579

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bayview Loan
Severing
4425 Ponce De Leon Blvd
Coral Gables, FL 33146

|||||||||||||||||||||||||||||||||||
9590 9402 6476 0346 7673 83

2. Article Number (Transfer from service label)

7020 1290 0000 0547 4579

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Villalona
☐ Agent
☐ Addressee

B. Received by (Printed Name): B4065C19
C. Date of Delivery: 9/30

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt